UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

---

GUSTAVO REYNAGA BONILLA,

Plaintiff,

v.

WILLIAMS, RUSH & ASSOCIATES, LLC          Case No. 3:26-CV-00557-AN

Defendant.

---

## CERTIFICATE OF SERVICE

I, Stephane Reynaga Garcia, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of eighteen (18) years and not a party to this action.

2. On April 1, 2026, I served the following documents:

   - First Amended Complaint

   - Summons

   - Exhibits

3. Service was made upon Defendant WILLIAMS, RUSH & ASSOCIATES, LLC by mailing the documents to its registered agent at the following address:

Xerxes Marin

8150 N Central Expy, STE 1850

Dallas, TX 75231

4. Service was completed by:

- Certified Mail, Return Receipt Requested

  Tracking Number: 9589 0710 5270 3456 0503 67

- First-Class Mail (regular mail)

5. The documents were placed in sealed envelopes with proper postage paid and were deposited with the United States Postal Service at a USPS retail counter in St. Helens, Oregon location.

I declare under penalty of perjury that the foregoing is true and correct.

**DATED:** April 1, 2026

/s/ Stephane Reynaga Garcia