UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

---

GUSTAVO REYNAGA BONILLA,

Plaintiff,

v.

WILLIAMS, RUSH & ASSOCIATES, LLC          Case No. 3:26-CV-00557-AN

Defendant.

---

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff Gustavo Reynaga Bonilla respectfully requests that the Clerk enter default against Defendant Williams, Rush & Associates, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

On April 6, 2026, Defendant Williams, Rush & Associates, LLC was properly served with the Summons and Complaint in this matter via certified mail delivered to Defendant's registered agent address located at 8750 N Central Expy, Suite 1850, Dallas, Texas 75231. The proof of delivery reflects that the mailing was delivered on April 6, 2026 at 11:11 a.m.

Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant was required to serve and file a responsive pleading within twenty one (21) days after service. Defendant's response deadline expired on April 27, 2026.

As of the filing of this Request, Defendant has failed to plead or otherwise defend this action. Defendant has not filed an Answer, motion under Rule 12, motion for extension of time, or otherwise appeared in this matter.

Accordingly, Plaintiff respectfully requests that the Clerk of Court enter default against Defendant Williams, Rush & Associates, LLC pursuant to Rule 55(a).

DATED this 28th day of April, 2026.

Respectfully submitted,

/s/ Gustavo Reynaga Bonilla

Plaintiff, Pro Se

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 28, 2026, I filed the foregoing Request for Entry of Default with the Clerk of the Court using the CM/ECF system. Because Defendant has not appeared in this action, a true and correct copy was mailed by United States Mail to:

Xerxes Marin

8750 N Central Expy, Suite 1850

Dallas, TX 75231

/s/ Gustavo Reynaga Bonilla